UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60326-CIV-DIMITROULEAS

PEOPLE OF THE STATE OF FLORIDA EX REL;
ON BEHALF OF ROANNE EYE,

    Petitioner,

vs.

AL LAMBERTI,

    Respondent.
_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Internal Operating Procedure 2.15.00(c), and subject to consent given below, it is:

**ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of The Honorable James I. Cohn for all further proceedings.

**DATED** in chambers at Fort Lauderdale, Florida, this 24th day of February, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, Case No. 12-60326-COHN, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 24th day of February, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Honorable William P. Dimitrouleas
Honorable James I. Cohn
Magistrate White
Ed Sieber, Case Assignment Administrator


David Eye
151 North Nob Hill Rd
#120
Plantation, Fl 33324